**ESTATE OF Anna C. KASYCH, Deceased, c/o Mildred Calkins, Administratrix**

v.

**Edward H. BUTZ, Esquire, Lesavoy Butz & Seitz, LLC, St. Luke's Health Network, Inc., and St. Luke's Hospital Allentown Campus**

Petition of: Mildred Calkins

No. 379 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

**S.P., Petitioner**

v.

**B.S., Respondent**

No. 803 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**YORK ROAD REALTY CO., L.P., Petitioner**

v.

**CHELTENHAM TOWNSHIP, Respondent**

No. 345 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

